94–711. State ex rel. LaGuta v. Ghee. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–720. State ex rel. Jacoby v. Rumer. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–721. State ex rel. Jacoby v. Warren. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–764. State ex rel. Luna v. Sixth Dist. Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

RESNICK, J., not participating.

94–765. State ex rel. Luna v. Sixth Dist. Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

RESNICK, J., not participating.

94–782. King v. Dallman. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–801. State ex rel. Duncan v. Blinebery. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. On motion for attorney fees. Motion denied.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–810. State ex rel. Freeman v. Ohio Adult Parole Auth., Parole Bd. Section. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–834. State ex rel. Finn v. Court of Appeals for Mahoning Cty. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, RESNICK and PFEIFER, JJ., concur.

DOUGLAS, WRIGHT and F.E. SWEENEY, JJ., dissent.

94–842. State ex rel. Pittman v. Fifth Dist. Court of Appeals for Stark Cty. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–877. State ex rel. Fears v. Doan. In Procedendo. On motion for summary judgment. Motion treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

## MOTION DOCKET

92–2609. State ex rel. Cooper v. Bay Village. In Mandamus. *Sua sponte,* the parties are to show cause why this case should not be dismissed for want of prosecution.

A.W. SWEENEY and RESNICK, JJ., would dismiss the cause.

93–1616. Zoppo v. Homestead Ins. Co. *Cuyahoga County,* No. 62926. On motion for leave to file brief *amicus curiae* by Ohio Association of Civil Trial Attorneys. Motion granted.

MOYER, C.J., dissents.

93–2099. Motorists Mut. Ins. Co. v. Brandenburg. *Hamilton County,* Nos. C–920346 and C–920347. On motion for leave to file brief *amicus curiae* by Ohio Academy of Trial Lawyers. Motion granted.